UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-09
```

------------------------------------------------------x

FEDERAL INSUR.

        Plaintiff(s),

- against -

M/V VILLE D'AQUARIUS

        Defendant(s).

------------------------------------------------------x

08 Civ. 8997 (PKC)

REVISED CIVIL CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to _September 21_;

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to _September 21_;

3. Other directions to the parties:

    *July 24 conference is vacated*

4. The next Case Management Conference [the Final Pretrial Conference] will be held on _September 25_ at _9:45_ am/~~pm~~. Any conference scheduled for a date prior thereto is adjourned.

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

7/17 09